## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RONNIE ODELL PARKER, AIS # 162167,:

    Plaintiff,                                          :

vs.                                                            :     CIVIL ACTION 05-0728-BH-C

JAMES A. COX, et al.,                              :

    Defendants.                                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** this 24th day of July, 2007.

                                                              s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE